SARAH C. THOMPSON, as Administratrix of the Estate of EDWARD A. THOMPSON, Deceased, et al., Respondents, v. JAMES J. THOMPSON, Appellant.

Submitted June 2, 1950; decided June 2, 1950.

*James I. Cuff* for motion.

*Baar, Bennett* and *Fullen* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the orders do not finally determine the action within the meaning of the Constitution.